BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: Wal-Mart Herbal Supplements Litigation

    MDL-_____

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND
TRANSFER UNDER
28 U.S.C. § 1407

**PLEASE TAKE NOTICE** that on February 16, 2015, or as soon thereafter as may be heard, Mercedes Taketa and Michelle Fine, Plaintiffs in the case styled *Mercedes Taketa and Michelle Fine, individually and on behalf of themselves, all others similarly situated, and the general public v. Wal-Mart Stores, Inc.*, 3:15-cv-00542 (N.D. Cal.) hereby will move and hereby do move for an Order for consolidation and transfer of pretrial proceedings under 28 U.S.C. § 1407 for the following actions:

- *Taketa et al. v. Wal-Mart Stores, Inc.*, No. 3:15-cv-00542 (N.D. Cal.).
- *De La Torre et al. v. Wal-Mart Stores, Inc.*, No. 15-cv-00557 (N.D. Cal.).
- *Sparks v. Wal-Mart Stores, Inc.*, No. 5:15-cv-05031 (W.D. Ark.).
- *Figeiredo et al. v. Wal-Mart Stores, Inc.*, No. 4:15-cv-00249 (E.D. Mo.).
- *Shahrashian v. Wal-Mart Stores, Inc.*, No. 2:15-cv-00978 (C.D. Cal.).

Plaintiffs' Motion to Transfer Pursuant to § 1407 should be granted and all of these related actions, as well as any subsequently filed actions against Wal-Mart Stores, Inc. containing Similar allegations should be transferred to the United States District Court for the Northern District of California.

1

Respectfully Submitted,

Dated: February 16, 2015

*/s/ Ronald A. Marron*
By: Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Class*