# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

**In re: Wal-Mart Herbal Supplements Litigation**

    MDL-_____

## DECLARATION OF RONALD A. MARRON IN SUPPORT OF MOTION TO TRANSFER FOR CONSOLIDATED PROCEEDINGS

I, Ronald A. Marron, hereby declare:

1. I am counsel of record for plaintiffs Mercedes Taketa and Michelle Fine ("Plaintiffs") in the action *Mercedes Taketa and Michelle Fine, individually and on behalf of themselves, all others similarly situated, and the general public v. Wal-Mart Stores, Inc.*, 3:15-cv-00542 (N.D. Cal.). I am a member in good standing of the State Bar of California and the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California.

2. I submit this declaration in support of Plaintiffs' Motion to Transfer for Consolidated pre-trial proceedings. I make this Declaration based on personal knowledge and if called to testify, I could and would competently testify to the matters contained herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the February 2, 2015 letter from New York Attorney General Eric T. Schneiderman to Wal-Mart's President and CEO Doug McMillon informing him of the results of the investigation into Spring Valley herbal supplements.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the complaint that was filed in *Taketa et al. v. Wal-Mart Stores, Inc.*, No. 3:15-cv-00542 (N.D. Cal.).

5. Attached hereto as **Exhibit 3** is a true and correct copy of the complaint that was filed in *De La Torre et al. v. Wal-Mart Stores, Inc.,* No. 15-cv-00557 (N.D. Cal.).

6. Attached hereto as **Exhibit 4** is a true and correct copy of the complaint that was filed in *Sparks v. Wal-Mart Stores, Inc.*, No. 5:15-cv-05031 (W.D. Ark.).

7. Attached hereto as **Exhibit 5** is a true and correct copy of the complaint that was filed in *Figeiredo et al. v. Wal-Mart Stores, Inc.*, No. 4:15-cv-00249 (E.D. Mo.).

8. Attached hereto as **Exhibit 6** is a true and correct copy of the complaint that was filed in *Shahrashian v. Wal-Mart Stores, Inc.*, No. 2:15-cv-00978 (C.D. Cal.).

9. Attached hereto as **Exhibit 7** is a true and correct copy of relevant judicial case load statistics as of September 2014, *available at* http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/2014/district-fcms-profiles-september-2014.pdf&page=66.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: February 16, 2015

*/s/ Ronald A. Marron*
By: Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON, APLC**