**BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

In re:  WAL-MART HERBAL                              )
         SUPPLEMENTS MARKETING AND SALES    )
         PRACTICES LITIGATION                       )      MDL Docket No. 2620
                                        )

**PLAINTIFFS' MOTION FOR CONSOLIDATION AND TRANSFER UNDER
28 U.S.C. §1407**

George J. Marshall, ("Marshall") and Scott Dahlin ("Dahlin") (collectively, "Plaintiffs"),

Plaintiffs in the case styled *George J. Marshall and Scott Dahlin, individually and on behalf of*

*all others similarly situated v. Wal-Mart Stores, Inc.* ("Walmart")*,* United States District Court

for the Southern District of Florida, Case No. 0:15-cv-60246-WPD, hereby moves for an Order

for consolidation and transfer of pretrial proceedings under 28 U.S.C. § 1407 for the following

actions:

1)      Karen Jones v. Wal-Mart Stores, Inc., E.D. Arkansas, C.A. 4:15-cv-85-BRW

2)      Shane Sparks v. Wal-Mart Stores, Inc., W.D. Arkansas, C.A. 5:15-cv-5031-TLB

3)      Victoria Shahrashian v. Wal-Mart Stores, Inc., Walgreen Co., Target Corporation,
           GNC Holdings, Inc., Does 1-10, inclusive, C.D. California, 2:15-cv-978 SVW-
           MRW

4)      Paul de la Torre and Joshua Ogden v. Wal-Mart Stores, Inc., N.D. California,
           5:15-cv-557

5)      Mercedes Taketa, et al. v. Wal-Mart Stores, Inc., N.D. California, C.A. 4:15-cv-
           542-DMR

6)      Charles Haje v. Wal-Mart Stores, Inc., N.D. Florida, C.A. 3:15-cv-39-MCR-CJK

7) George J. Marshall, *et al.* v. Wal-Mart Stores, Inc., S.D. Florida., C.A. 0:15-cv-60246-WPD

8) Robin Chrystal Hale, et al. v. Wal-Mart Stores, Inc., N.D. Illinois, C.A. 1:15-cv-1182

9) Erika Strojny Myers v. Wal-Mart Stores, Inc, et al., S.D. Indiana, C.A. 4:15-cv-19-TWP-TAB

10) Thomas Moors v. Wal-Mart Stores, Inc., et al., W.D. Kentucky, C.A. 3:15-cv-123-JGH

11) Jennie Mayer v. Wal-Mart Stores, Inc., D. Massachusetts, C.A. 1:15-cv-10287-DPW

12) Paul Hanna, et al. v. Wal-Mart Stores, Inc., E.D. Missouri, C.A. 4:15-cv-00295

13) Rafael Figueiredo, *et al.* v. Wal-Mart Stores, Inc., E.D. Missouri, C.A. 4:15-cv-15-249-RWS

14) Sherri Lowe v. Wal-Mart Stores, Inc., W.D. Missouri, C.A. 2:15-cv-04030-NKL

15) Elizabeth Stokes v. Wal-Mart Stores, Inc., W.D. Missouri, C.A. 2:15-cv-04027-NKL

16) Dave Mager v. Wal-Mart Stores, Inc., N.D. Ohio, C.A. 5:15-cv-00267-JRA

17) Carolyn Stevens v. Wal-Mart Stores, Inc., D. Oregon, C.A. 3:15-cv-00243-PK

18) Alex Trinidad v. Wal-Mart Stores, Inc. and John Doe Defendants 1-100, S.D. Ohio, 1:15-cv-00091

Plaintiffs Hollis and Dahlin's Motion to Transfer Pursuant to §1407 should be granted and all of these related actions, as well as any subsequently filed actions against Walmart

containing similar allegations should be transferred to the United States District Court for the

Western District of Arkansas.

Dated February 18, 2015                                Respectfully Submitted,

/s/ John Yanchunis
John A. Yanchunis*
Jonathan B. Cohen*
Rachel Soffin*
Marcio W. Valladares*
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
jcohen@forthepeople.com
rsoffin@forthepeople.com
mvalladares@forthepeople.com

Michael L. Murphy*
Gregory Y. Porter*
Bailey & Glasser, LLP
910 17th Street NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 463-2101
Facsimile:  (202) 463-2103
mmurphy@baileyglasser.com
gporter@baileyglasser.com