**BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

| In re: | WAL-MART HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 2620 |
|---|---|---|---|

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff: Karen Jones  Defendant: Wal-Mart Stores, Inc. | E.D. Arkansas | 4:15-cv-85-BRW | Judge Billy Roy Wilson |
| Plaintiff: Shane Sparks  Defendant: Wal-Mart Stores, Inc. | W.D. Arkansas | 5:15-cv-5031-TLB | Judge Timothy L. Brooks |
| Plaintiff: Victoria Shahrashian  Defendants: Wal-Mart Stores, Inc., Walgreen Co., Target Corporation, GNC Holdings, Inc., Does 1-10, inclusive | C.D. California | 2:15-cv-978-SVW-MRW | Judge Stephen v. Wilson |
| Plaintiffs: Paul de la Torre and Joshua Ogden  Defendant: Wal-Mart Stores, Inc. | N.D. California | 5:15-cv-557 | Judge Nathanael M. Cousins |
| Plaintiff: Mercedes Taketa, et al.  Defendant: Wal-Mart Stores, Inc. | N.D. California | 4:15-cv-542-DMR | Judge Donna M. Ryu |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>Charles Haje<br><br>Defendant:<br>Wal-Mart Stores, Inc. | N.D. Florida | 3:15-cv-39-MCR-CJK | Judge M. Casey Rodgers |
| Plaintiff:<br>George J. Marshall, *et al.*<br><br>Defendant:<br>Wal-Mart Stores, Inc. | S.D. Florida | 0:15-cv-60246 | Judge William P. Dimitrouleas |
| Plaintiff:<br>Robin Chrystal Hale, et al.<br><br>Defendant:<br>Wal-Mart Stores, Inc. | N.D. Illinois | 1:15-cv-1182 | Judge Andrea R. Wood |
| Plaintiff:<br>Erika Strojny Myers<br><br>Defendant:<br>Wal-Mart Stores, Inc., et al. | S.D. Indiana | 4:15-cv-19-TWP-TAB | Judge Tanya Walton Pratt |
| Plaintiff:<br>Thomas Moors<br><br>Defendant:<br>Wal-Mart Stores, Inc., et al. | W.D. Kentucky | 3:15-cv-00123-JGH | Judge John G. Heyburn, II |
| Plaintiff:<br>Jennie Mayer<br><br>Defendant:<br>Wal-Mart Stores, Inc. | D. Massachusetts | 1:15-cv-10287-DPW | Judge Douglas P. Woodluck |
| Plaintiff:<br>Paul Hanna, et al.<br><br>Defendant:<br>Wal-Mart Stores, Inc. | E.D. Missouri | 4:15-cv-295 | Judge Noelle C. Collins |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>Rafael Figueiredo, *et al.*<br><br>Defendant:<br>Wal-Mart Stores, Inc. | E.D. Missouri | 4:15-cv-249-RWS | Judge Rodney W. Sippel |
| Plaintiff:<br>Sherri Lowe<br><br>Defendant:<br>Wal-Mart Stores, Inc. | W.D. Missouri | 2:15-cv-4030-NKL | Judge Nanette K. Laughrey |
| Plaintiff:<br>Elizabeth Stokes<br><br>Defendant:<br>Wal-Mart Stores, Inc. | W.D. Missouri | 2:15-cv-4027-NKL | Judge Nanette K. Laughrey |
| Plaintiff:<br>Dave Mager<br><br>Defendant:<br>Wal-Mart Stores, Inc. | N.D. Ohio | 5:15-cv-267-JRA | Judge John R. Adams |
| Plaintiff:<br>Carolyn Stevens<br><br>Defendant:<br>Wal-Mart Stores, Inc. | D. Oregon | 3:15-cv-243-PK | Judge Paul Papak |
| Plaintiff:<br>Alex Trinidad<br><br>Defendants:<br>Wal-Mart Stores, Inc.<br>John Doe Defendants 1-100 | S.D. Ohio | 1:15-cv-91 | Judge Michael R. Barrett |