# BEFORE THE JUDICIAL PANEL ON
# MULTI-DISTRICT LITIGATION

In re: WAL-MART HERBAL )
SUPPLEMENTS MARKETING AND SALES )
PRACTICES LITIGATION ) MDL Docket No. 2620
)

## AMENDED PROOF OF SERVICE

I hereby certify that a copy of this Amended Certificate of Service was served by E-Mail or First Class Mail on the 19TH day of February, 2015 to the following:

| | |
|---|---|
| Richard W. Weiking<br>Clerk of the Court<br>U.S. District Court, N.D. of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Christopher R. Johnson<br>Clerk of the Court<br>U.S. District Court, W.D. of Arkansas<br>Isaac C. Parker Federal Building<br>30 S. 6'h Street, Room 1038<br>Fort Smith, AR 72901-2437 |
| Gregory J. Linhares<br>Clerk of the Court<br>U.S. District Court, E.D. of Missouri<br>Ill South 1oth Street<br>St. Louis, MO 63102 | Terry Nafisi<br>Clerk of the Court<br>U.D. District Court, C.D. of California<br>312 N. Spring Street<br>Los Angeles, CA 90012-4701 |
| Vanessa L. Armstrong<br>Clerk of the Court<br>U.S. District Court, W.D. of Kentucky<br>241 E. Main Street, Suite 120<br>Bowling Green, KY 42101-2175 | Jessica J. Lyublanovits<br>Clerk of the Court<br>U.S. District Court, N.D. of Florida<br>111 N. Adams St.<br>Tallahassee, FL 32301 |
| Robert M. Farrell<br>Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 | Thomas G. Bruton<br>Clerk of the Court<br>U.S. District Court, N.D. of Illinois<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Clerk of the Court<br>U.S. District Court, S.D. of Florida<br>400 N. Miami Ave., 8th Floor South<br>Miami, FL 33128 | Clerk of the Court<br>U.S. District Court, W.D. of Missouri<br>400 E. 9th Street<br>Kanas City, MO 64106 |

| | |
|---|---|
| Richard W. Nagel<br>Clerk of the Court<br>U.S. District Court, S.D. of Ohio<br>Potter Stewart U.S. Courthouse<br>101 E. Fifth Street, Room 103<br>Cincinnati, OH 45202 | Geri M. Smith<br>Clerk of the Court<br>U.S. District Court, N.D. of Ohio<br>Carl B. Stokes U.S. Courthouse<br>801 W. Superior Avenue<br>Cleveland, OH 44113 |
| James W. McCormack<br>Clerk of the Court<br>U.S. District Court, E.D. of Arkansas<br>Richard Sheppard Arnold U.S. Courthouse<br>500 W. Capitol Avenue<br>Little Rock, AR 72201 | Mary L. Moran<br>Clerk of the Court<br>U.S. District Court, District of Oregon<br>Mark 0. Hatfield U.S. Courthouse<br>1000 SW 3rd Avenue<br>Portland, OR 97204 |

Defendants

| | |
|---|---|
| Wal-Mart Stores, Inc.<br>C/0  The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Associates, Inc.<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 |
| Wal-Mart.Com USA, LLC<br>C/0  The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Stores East, LP<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 |
| Walmart Stores, LLC<br>C/0 The Corporation Trust Company<br>Agent for Service of Process<br>1209 Orange Street<br>Wilmington, DE 19801 | Walgreen Co.<br>C/0 The Prentice-Hall Corporation System<br>Agent for Service of Process<br>300 S. Spring Street<br>Little Rock, AR 72201 |
| Target Corporation<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | GNC Holdings, Inc.<br>C/0 National Registered Agents, Inc.<br>Agent for Service of Process<br>160 Greentree Dr., Suite 101<br>Dover, DE 19904 |
| NBTY, Inc.<br>C/0 Corporation Service Company<br>Agent for Service of Process<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Wal-Mart TRS, LLC<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 |
| Wal-Mart Stores East, Inc.<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Starco, LLC<br>The Corporation Trust Company<br>Agent for Service of Process<br>1209 Orange Street<br>Wilmington, DE 19801 |

**<u>Counsel for Plaintiffs</u>**

| | |
|---|---|
| Dewitt M. Lovelace<br>**Lovelace Law Firm, P.A.**<br>12879 US Highway 98 W, Suite 200<br>Miramar Beach, FL 32550<br>courtdocs@lovelacelaw.com<br><br>*Haje v. Wal-Mart Stores, Inc.* | Erica C. Mirabella<br>**Mirabella, LLC**<br>1322 Boylston Street<br>Boston, MA 02116<br>erica@mirabellallc.com<br><br>*Mayer v. Wal-Mart Stores, Inc.* |
| Beatrice Skye Resendes<br>Ronald A. Marron<br>**Law Offices of Ronald A. Marron, APLC**<br>651 Arroyo Drive<br>San Diego, CA 92103<br>skye@consumersadvocates.com<br>ron@consumersadvocates.com<br><br>*Taketa v. Wal-Mart Stores, Inc.* | Ben F. Pierce Gore<br>**Pratt & Associates**<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>pgore@prattattorneys.com<br><br>*De La Torre v. Wal-Mart Stores, Inc.* |
| George W. Cochran, III<br>**Law Office of George W. Cochran**<br>1385 Russell Drive<br>Streetsboro, OH 44241<br>lawchrist@gmail.com<br><br>*Mager v. GNC Holdings, Inc., et al* | Cyrus Dashtaki<br>**Dashtaki Law Firm, LLC**<br>5205 Hampton Avenue<br>St. Louis, MO 63109<br>cyrus@dashtaki.com<br><br>*Stokes v. Wal-Mart Stores, Inc.* |
| Rachel Lynn Soffin<br>**Morgan & Morgan**<br>Complex Litigation Group<br>One Tampa City Center, 7th Floor<br>Tampa, FL 33609<br>rsoffin@forthepeople.com<br><br>*Marshall, et al v. Wal-Mart Stores, Inc.* | John Allen Yanchunis, Sr.<br>**Morgan & Morgan**<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com<br><br>*Marshall, et al v. Wal-Mart Stores, Inc.* |
| Jonathan Betten Cohen<br>**Morgan & Morgan**<br>201 N. Franklin Street, 6th Floor<br>Tampa, FL 33602<br>jcohen@forethepeople.com<br><br>*Marshall, et al v. Wal-Mart Stores, Inc.* | John F. Medler, Jr.<br>**Medler Law Firm**<br>7700 Bonhomme, Suite 360<br>Clayton, MO 63105<br>john@medlerlawfirm.com<br><br>*Figueiredo, et al v. Wal-Mart Stores, Inc.* |
| John S. Steward<br>**Steward Law Firm, LLC**<br>1717 Park Avenue<br>St. Louis, MO 63104<br>Glawl23@aol.com<br><br>*Stokes v. Wal-Mart Stores, Inc.* | Christian A. Jenkins<br>**Minnillo & Jenkins Co., LPA**<br>2712 Obervatory Avenue<br>Cincinnati, OH 45208<br>cjenkins@minnillojenkins.com<br><br>*Trinidad v. Wal-Mart Stores, Inc., et al* |

| | |
|---|---|
| Jeffrey Scott Goldenberg<br>Robert Brent Sherwood<br>Todd B. Naylor<br>**Goldenberg Schneider, LPA**<br>One W. 4th Street, 18th Floor<br>Cincinnati, OH 45202<br>jgoldenberg@.gs-legal.com<br>rsherwood@gs-legal.com<br>tnaylor@gs-legal.com<br><br>*Trinidad v. Wal-Mart Stores, Inc., et al* | Daniel J. Kurowski<br>Elizabeth A. Fegan<br>Thomas E. Ahlering<br>**Hagens Berman Sobol Shapiro, LLP**<br>1144 W. Lake Street, Suite 400<br>Oak Park, IL 60301<br>dank@hbsslaw.com<br>beth@hbsslaw.com<br>toma@hbsslaw.com<br><br>*Hale, et al v. Walgreen Co., et al* |
| Steve W. Berman<br>**Hagens Berman Sobol Shapiro, LLP**<br>1918 Eighth Ave., Suite 3300<br>Seattle, WA 98101<br>steve@hbsslaw.com<br><br>*Hale, et al v. Walgreen Co., et al* | Sahag Majarian, II<br>**Law Offices of Sahag  Majarian, II**<br>18250 Ventura Blvd<br>Tarzana, CA 91356<br>sahagii@aol.com<br><br>*Shahrashian v. Wal-Mart Stores, Inc., et al* |
| Maria L. Weitz<br>Shehnaz M. Bhujwala<br>Raymond Paul Boucher<br>**Boucher,  LLP**<br>21600 Oxnard Street, Suite 600<br>Woodland Hills, CA 91367-4903<br>weitz@boucher.la<br>blmjwala@boucher.la<br>ray@boucher.Ia<br><br>*Shahrashian v. Wal-Mart Stores, Inc., et al* | Randall Keith Pulliam<br>Joseph Henry Bates, III<br>**Carney Bates & Pulliam, PLLC**<br>11311 Arcade Drive, Suite 200<br>Little  Rock,  AR 72212<br>rpulliam@cbplaw.com<br>hbates@cbplaw.com<br><br>*Jones v. Wal-Mart Stores, Inc., et al* |
| Courtney Maccarone<br>Shane T. Rowley<br>**Levi & Korinsky, LLP**<br>30 Broad Street, Suite 2400<br>New  York,  NY  10004<br>cmaccarone@zlk.com<br>srowley@zlk.com<br><br>*Jones v. Wal-Mart Stores, Inc., et al* | Nancy Kulesa<br>Shannon Hopkins<br>Stephanie Bartone<br>**Levi & Korinsky, LLP**<br>733 Summer Street, Suite 304<br>Stamford, CT 06901<br>nkulesa@zlk.com<br>shopkins@zlk.com<br>sbartone@zlk.com<br><br>*Jones v. Wal-Mart Stores, Inc., et al* |
| Michael J. Estok<br>**Lindsay  Hart, LLP**<br>1300 SW 5th Avenue, Suite 3400<br>Portland, OR 97201<br>mestok@lindsayhart.com<br><br>*Stevens v. Wal-Mart Stores, Inc., et al* | Edward D. Robertson, Jr.<br>**Bartimus, Frickleton, Roberston & Goza-JC**<br>715 Swifts Highway<br>Jefferson City, MO 65109<br>Chiprob@earthlink.net<br><br>*Lowe v. Wal-Mart Stores, Inc.* |

| | |
|---|---|
| Jason Barnes<br>**Barnes & Associates**<br>219 E. Dunklin Street, Suite A<br>Jefferson City, MO 65101<br>Jaybarnes5@zoho.com<br><br>*Lowe v. Wal-Mart Stores, Inc.* | James P. Frickleton<br>Edward D. Roberston<br>**Bartimus, Frickleton, Robertson & Goza -JC**<br>11150 Overbrook Drive, Suite 200<br>Leawood, KS 66211<br>jimf@bflawfinn.com<br>laobertson@bflawfim1.com<br><br>*Lowe v. Wal-Mart Stores, Inc.* |
| Hans G. Poppe<br>Kirk A. Laughlin<br>Scarlette R. Burton<br>Warner T. Wheat<br>**The Poppe Law Firm**<br>8700 Westport Road, Suite 201<br>Louisville, KY 40242<br>hans@poppelawfirm.com<br>kirk@poppelawfirm.com<br>scarlette@poppelawfirm.com,<br>warner@poppelawfirm.com<br><br>*Moors v. Wal-Mart Stores, Inc., et al* | Ronald E. Johnson, Jr.<br>Sarah N. Lynch<br>**Schachter Hendy & Johnson, PSC**<br>909 Wright's Summit Parkway, Suite 201<br>Ft. Wright, KY 41011<br>rjohnson@pschacter.com<br>slynch@pschacter.com<br><br>*Moors v. Wal-Mart Stores, Inc. et al* |
| John L. Smith<br>**Faith Ingle Smith LLC**<br>412 E. Main Street<br>New Albany, IN 47150<br>jsmith@faithinglesmith.com<br><br>*Myers v. Wal-Mart Stores, Inc., et al* | Michael L. Murphy<br>**Bailey & Glasser, LLP**<br>910 17th Street NW,<br>Suite 800<br>Washington, D.C. 20006<br>mmurphy@baileyglasser.com<br><br>*Marshall, et al v. Wal-Mart Stores, Inc.* |
| Gregoery Y. Porter<br>**Bailey & Glasser, LLP**<br>910 17th Street, Suite 800<br>Washington, D.C. 20006<br>gporter@baileyglasser.com<br><br>*Marshall, et al v. Wal-Mart Stores, Inc.* | Alex Lumaghi<br>**Dowd & Dowd, P.C.**<br>2110 N. Broadway,<br>Suite 4050<br>St. Louis, MO 63102<br>alex@dowdlaw.net<br><br>*Hanna, et al v. Wal-Mart Stores, et al* |
| Kenneth R. Shemin<br>**Shemin Law Firm, PLLC**<br>3333 Pinnacle Hills Parkway, Suite 603<br>Rogers, AR 72758<br>ken@sheminlaw.com<br><br>*Sparks v. Wal-Mart Stores, Inc.* | Marcus Neil Bozeman<br>**Thrash Law Firm, P.A.**<br>1101 Garland Street<br>Little Rock, AR 72201<br>bozemanmarcus@hotmail.com<br><br>*Sparks v. Wal-Mart Stores, Inc.* |

| Thomas P. Thrash<br>**Thrash Law Firm, P.A.**<br>1101 Garland Street<br>Little Rock, AR 72201<br>tomtrash@sbcglobal.net<br><br>*Sparks v. Wal-Mart Stores, Inc.* | |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: February 19, 2015.

/s/ John Yanchunis
John A. Yanchunis*
Jonathan B. Cohen*
Rachel Soffin*
Marcio W. Valladares*
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
jcohen@forthepeople.com
rsoffin@forthepeople.com
mvalladares@forthepeople.com

Michael L. Murphy*
Gregory Y. Porter*
Bailey & Glasser, LLP
910 17th Street NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 463-2101
Facsimile:  (202) 463-2103
mmurphy@baileyglasser.com
gporter@baileyglasser.com