BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE WAL-MART STORES INC.,     MDL Docket No. 2620
HERBAL SUPPLEMENTS MARKETING
AND SALES LITIGATION

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Response to Motion to Transfer was filed with the Clerk of Court using CM/ECF, served through the Court's CM/ECF system which will send notification of such filing to all attorneys who have made an appearance, and served by First Class Mail on the 13th day of March, 2015 to the following:

**Defendants:**

| | |
|---|---|
| Wal-Mart Stores, Inc.<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Associates, Inc.<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 7220 |
| Wal-Mart.Com USA, LLC<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Stores East, LP<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 |
| Walmart Stores, LLC<br>C/0 The Corporation Trust Company<br>Agent for Service of Process<br>1209 Orange Street<br>Wilmington, DE 19801 | Walgreen Co.<br>C/0 The Prentice-Hall Corporation System<br>Agent for Service of Process<br>300 S. Spring Street<br>Little Rock, AR 72201 |
| Target Corporation<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | GNC Holdings, Inc.<br>C/0 National Registered Agents, Inc.<br>Agent for Service of Process<br>160 Greentree Dr., Suite 101<br>Dover, DE 19904 |
| NBTY, Inc.<br>C/0 Corporation Service Company<br>Agent for Service of Process<br>2711 Centerville Road, Suite 400 | Wal-Mart TRS, LLC<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900 |

| Wilmington, DE 19808 | Little Rock, AR 72201 |
|---|---|
| Wal-Mart Stores East, Inc.<br>C/0 The Corporation Company<br>Agent for Service of Process<br>124 W. Capitol Avenue, Suite 1900<br>Little Rock, AR 72201 | Wal-Mart Starco, LLC<br>The Corporation Trust Company<br>Agent for Service of Process<br>1209 Orange Street<br>Wilmington, DE 19801 |

Respectfully submitted,

SEARCY DENNEY SCAROLA BARNHART & SHIPLEY
*Counsel for Plaintiffs*
Jack Scarola, Esq.
JSX@SearcyLaw.com
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Telephone: (561) 686-6300

KIRWAN, SPELLACY & DANNER, P.A.
*Counsel for Plaintiffs*
Patrick Spellacy, Esq.
Spellacy@kirwanspellacy.com
200 South Andrews Avenue, 8th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 463-3008

KOZYAK TROPIN, & THROCKMORTO
*Counsel for Plaintiffs*
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
amm@kttlaw.com
Harley S. Tropin
hst@kttlaw.com
Thomas A. Tucker Ronzetti
tr@kttlaw.com
Tal J. Lifshitz
tjl@kttlaw.com
Robert Neary
rn@kttlaw.com
Monica McNulty
mmcnulty@kttlaw.com